IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ESTEBAN JUAN PRICE,<br><br>    Petitioner,<br><br>vs.<br><br>CHARLES RYAN,<br><br>    Respondent. | No. CV-11-0047-TUC-CKJ (JCG)<br><br>**ORDER** |

On June 9, 2011, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [Doc. 14] in which she recommended denial of Petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody [Doc. 1]. No objections have been filed within the time provided by 28 U.S.C. § 636(b)(1).

Accordingly, after an independent review, IT IS HEREBY ORDERED that:

1. The Report and Recommendation [Doc. 14] is ADOPTED;

2. Petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody [Doc. 1] is DENIED;

3. The Clerk of the Court shall enter judgment in this matter, and close its file.

DATED this 29th day of September, 2011.

                                                Cindy K. Jorgenson
                                                United States District Judge